UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MATZ, ALICIA § Case No. 13-19822
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/21/2014 in Courtroom 240,
          c/o Kane County Courthouse
          100 S. 3rd Street
          Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2014        By: _____
                                                              Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
MATZ, ALICIA § Case No. 13-19822
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 11.99 |
| leaving a balance on hand of[1] | $ | 9,988.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 77.03 | $ 0.00 | $ 77.03 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 2,360.00 | $ 0.00 | $ 2,360.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 5.75 | $ 0.00 | $ 5.75 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,485.78 |
| Remaining Balance | | $ | 5,502.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | IRS | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 5,502.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,134.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | DiGiovineite Hnilo Jordan and Johnson Ltd. | $ 2,360.70 | $ 0.00 | $ 315.77 |
| 000003 | Capital One Bank (USA), N.A. | $ 36,690.09 | $ 0.00 | $ 4,907.70 |
| 000004 | LVNV Funding, LLC its successors and assigns as | $ 2,084.03 | $ 0.00 | $ 278.76 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 5,502.23 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                   Case No. 13-19822-DRC
Alicia Matz                                                              Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen                  Page 1 of 2                 Date Rcvd: Oct 17, 2014
                              Form ID: pdf006               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2014.
db             #+Alicia Matz,    448 Thoria Road,    Batavia, IL 60510-1362
20464889       +Aargon Collection Agency,    3025 West Sahara Ave,    Las Vegas, NV 89102-6094
20464890       +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
20464892       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
22241200        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20464893       +Central Bank of Lake Ozarks,    3848 Osage Beach,    P.O. Box 207,    Osage Beach, MO 65065-0200
20464894        Chase,   PO Box 15153,    Wilmington, DE 19886-5153
20464895        Chase/Pier One Imports,    PO Box 15298,    Wilmington, DE 19850-5298
20464896        City of St. Charles- Utilities,    Tow East Main Street,    Saint Charles, IL 60174
20464897       +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
22212996       +DiGiovineite Hnilo Jordan and Johnson Ltd.,    2560 Foxfield Road, Suite 300,
                 St. Charles, IL 60174-5731
20464899       +Digiovine Hnilo Jordan & Johnson, L,    2570 Foxfield Road, Ste. 301,
                 Saint Charles, IL 60174-1430
20464901       +Donald Freeborn,    321 Las Palmas Street,    West Palm Beach, FL 33411-1029
20464903       +Eos Cca,   700 Longwater Driv,    Norwell, MA 02061-1624
20464905       +Federal National Mortgage Assoc.,    c/o Fannie Mae,    3900 Wisconsin Avenue, N.W.,
                 Washington, DC 20016-2806
20464906       +First Source Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
20464907        Horizon Pool & Patio, Inc.,    12785 W. Forest Hill Blvd. Ste. A,    Wellington, FL 33414-4777
20464910       +Law Office of William J. Stogsdill,,    1776 South Naperville Road,    Suite 202,
                 Wheaton, IL 60189-5870
20464911        Merchants Association,    P.O. Box 2842,    Tampa, FL 33601-2842
20464917        NES of Ohio,   29125 Solon Road,    Solon, OH 44139-3442
20464921       #NSM Recovery Services, Inc.,    P.O. box 130536,    Dallas, TX 75313-0536
20464918       +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
20464922       +Private Bank & Trust,    501 W State St Ste 101,    Geneva, IL 60134-2149
20464923       +Rnb-fields3/Macy’s,    Macy’s Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
20464924        State of Illinois - Illinois Toll,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
20464925       +Target,   P.O. Box 673,    Minneapolis, MN 55440-0673
20464929       +Wellington,    12794 W. Forest Hill Blvd.,    Wellington, FL 33414-4710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20464891       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 18 2014 00:42:04     Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
20464898       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 18 2014 00:43:14
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
20464900        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2014 00:46:11     Discover Fin,
                 Po Box 15316,    Wilmington, DE 19850
21334267       +E-mail/Text: lweidhaas@dyckoneal.com Oct 18 2014 00:42:16     Dyck-O’Neal, Inc.,   PO Box 13370,
                 Arlington, TX 76094-0370
20464902        E-mail/Text: bknotice@erccollections.com Oct 18 2014 00:42:18     Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
20464908        E-mail/Text: cio.bncmail@irs.gov Oct 18 2014 00:41:41     IRS,   Post Office Box 21126,
                 Philadelphia, PA 19114-0326
20464909       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2014 00:41:33     Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
22385999        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2014 00:53:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
20464912       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2014 00:42:09     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20464915       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 18 2014 00:42:32
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
20464914       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 18 2014 00:42:33     Nco Financial Systems,,
                 600 Holiday Plaza Dr Ste,    Matteson, IL 60443-2238
20464919       +E-mail/Text: clientservices@northwestcollectors.com Oct 18 2014 00:41:45
                 Northwest Collectors,    3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
20464926        E-mail/Text: bankruptcydepartment@ncogroup.com Oct 18 2014 00:42:33
                 Transworld Systems, Inc.,    P.O. Box 15520,   Wilmington, DE 19850-5520
20464928       +E-mail/Text: khallman@vioninv.com Oct 18 2014 00:42:16     Vion Receivable Invest,
                 400 Interstate N Pkwy St,    Atlanta, GA 30339-5017
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20464904        Farm Credit Services of Mid America,    705 W. Highway 80,    P.O. Box 1107,   KY 42505
21334291*      +Dyck-O’Neal, Inc.,    PO Box 13370,   Arlington, TX 76094-0370
20464913*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20464916*      +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
20464920*      +Northwest Collectors,    3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
```

```
District/off: 0752-1              User: rgreen                  Page 2 of 2                   Date Rcvd: Oct 17, 2014
                                  Form ID: pdf006               Total Noticed: 41

20464927       ##+Village of Wellington,    12794 W. Forest Hill Blvd.,    Suite 23,    Wellington, FL 33414-4757
                                                                                           TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2014 at the address(es) listed below:
              Ashlea   Brown    on behalf of Defendant James   Frazier abrown@newlandassociatespllc.com
              Frank  Giampoli    on behalf of Debtor Alicia  Matz frank@giampolilawoffice.com,
               linda@giampolilawoffice.com
              Joseph  Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net,
               jvoiland@ecf.epiqsystems.com
              Joseph  Voiland     jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 7
```