UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
MATZ, ALICIA                        §    Case No. 13-19822
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Post Office Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| 000001 | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aargon Collection Agency 3025 West Sahara Ave Las Vegas, NV 89102 | | | | | |
| | Arnold Scott Harris, P.C. 222 Merchandise Mart Plaza Suite 1932 Chicago, IL 60654 | | | | | |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Bank of Lake Ozarks 3848 Osage Beach P.O. Box 207 Osage Beach, MO 65065 | | | | | |
| | City of St. Charles- Utilities Tow East Main Street Saint Charles, IL 60174 | | | | | |
| | Client Services, Inc. 3451 Harry S. Truman Blvd. Saint Charles, MO 63301 | | | | | |
| | Credit Collection Services Two Wells Avenue Newton Center, MA 02459 | | | | | |
| | Digiovine Hnilo Jordan & Johnson, L 2570 Foxfield Road, Ste. 301 Saint Charles, IL 60174 | | | | | |
| | Discover Fin Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Donald Freeborn 321 Las Palmas Street West Palm Beach, FL 33411 | | | | | |
| | Enhanced Recovery Co., LLC 8014 Bayberry Road Jacksonville, FL 32256-7412 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eos Cca 700 Longwater Driv Norwell, MA 02061 | | | | | |
| | Farm Credit Services of Mid America 705 W. Highway 80 P.O. Box 1107 KY 42505 | | | | | |
| | Federal National Mortgage Assoc. c/o Fannie Mae 3900 Wisconsin Avenue, N.W. Washington, DC 20016 | | | | | |
| | First Source Advantage, LLC 205 Bryant Woods South Buffalo, NY 14228 | | | | | |
| | Horizon Pool & Patio, Inc. 12785 W. Forest Hill Blvd. Ste. A Wellington, FL 33414-4777 | | | | | |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Law Office of William J. Stogsdill, 1776 South Naperville Road Suite 202 Wheaton, IL 60189 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | NES of Ohio 29125 Solon Road Solon, OH 44139-3442 | | | | | |
| | NSM Recovery Services, Inc. P.O. box 130536 Dallas, TX 75313-0536 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Dr Ste Matteson, IL 60443 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Private Bank & Trust 501 W State St Ste 101 Geneva, IL 60134 | | | | | |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | State of Illinois - Illinois Toll 2700 Ogden Avenue Downers Grove, IL 60515-1703 | | | | | |
| | Target P.O. Box 673 Minneapolis, MN 55440 | | | | | |
| | Transworld Systems, Inc. P.O. Box 15520 Wilmington, DE 19850-5520 | | | | | |
| | Village of Wellington 12794 W. Forest Hill Blvd. Suite 23 Wellington, FL 33414 | | | | | |
| | Vion Receivable Invest 400 Interstate N Pkwy St Atlanta, GA 30339 | | | | | |
| | Wellington 12794 W. Forest Hill Blvd. Wellington, FL 33414 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | DIGIOVINEITE HNILO JORDAN AND JOHNS | | | | | |
| 000004 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-19822 DRC Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | MATZ, ALICIA | Date Filed (f) or Converted (c): | 05/09/13 (f) |
| | | 341(a) Meeting Date: | 06/24/13 |
| For Period Ending: | 03/17/15 | Claims Bar Date: | 09/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2. checking acct | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 4. family photographs | 250.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Cadilac Escalade | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Nissan Murano | 4,000.00 | 1,300.00 | | 0.00 | FA |
| 8. fraudulent transfer claim - James Frazier (u) | Unknown | Unknown | | 10,000.00 | FA |

TOTALS (Excluding Unknown Values)  $8,550.00   $1,300.00   $10,000.00

Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/15     Current Projected Date of Final Report (TFR): 03/15/15

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 18.03b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-19822 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | MATZ, ALICIA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2139 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5016 | | | |
| For Period Ending: | 03/17/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/07/14 | | James Frazier | fraudulent transfer claim | 1241-000 | 10,000.00 | | 10,000.00 |
| 08/07/14 | 8 | Asset Sales Memo: | fraudulent transfer claim - James Frazier  $10,000.00 | | | | 10,000.00 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.99 | 9,988.01 |
| 01/09/15 | | Transfer to Acct #*******2475 | Bank Funds Transfer | 9999-000 | | 9,988.01 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| | | Less: Bank Transfers/CD's | 0.00 | 9,988.01 | |
| | | Subtotal | 10,000.00 | 11.99 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 10,000.00 | 11.99 | |

| | | |
|---|---|---|
| | Page Subtotals | 10,000.00 | 10,000.00 |

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-19822 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | MATZ, ALICIA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2475 CHECKING ACCOUNT |
| Taxpayer ID No: | *******5016 | | |
| For Period Ending: | 03/17/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/15 | | Transfer from Acct #*******2139 | Bank Funds Transfer | 9999-000 | 9,988.01 | | 9,988.01 |
| 01/10/15 | 001000 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Trustee Compensation | 2100-000 | | 1,750.00 | 8,238.01 |
| 01/10/15 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Trustee Expenses | 2200-000 | | 77.03 | 8,160.98 |
| 01/10/15 | 001002 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 7,867.98 |
| 01/10/15 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,360.00 | 5,507.98 |
| 01/10/15 | 001004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Attorney for Trustee Expenses (Trus | 3120-000 | | 5.75 | 5,502.23 |
| 01/10/15 | 001005 | DiGiovineite Hnilo Jordan and Johnson Ltd.<br>2560 Foxfield Road, Suite 300<br>St. Charles, IL 60174 | Claim 000002, Payment 13.37612% | 7100-000 | | 315.77 | 5,186.46 |
| 01/10/15 | 001006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 13.37609% | 7100-000 | | 4,907.70 | 278.76 |
| 01/10/15 | 001007 | LVNV Funding, LLC its successors and assigns as assignee of Vion Holdings LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000004, Payment 13.37601% | 7100-000 | | 278.76 | 0.00 |

Page Subtotals     9,988.01     9,988.01

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-19822 -DRC |
| Case Name: | MATZ, ALICIA |
| Taxpayer ID No: | *******5016 |
| For Period Ending: | 03/17/15 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2475  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,988.01 | 9,988.01 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 9,988.01 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,988.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 9,988.01 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2139 | 10,000.00 | 11.99 | 0.00 |
| CHECKING ACCOUNT - ********2475 | 0.00 | 9,988.01 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00            0.00

Ver: 18.03b